*[Caption as in Form 416A, 416B, or 416D, as appropriate]*

# NOTICE OF APPEAL AND STATEMENT OF ELECTION

## Part 1: Identify the appellant(s)

1. Name(s) of appellant(s): __Timothy M. Davies_____

2. Position of appellant(s) in the adversary proceeding or bankruptcy case that is the subject of this appeal:

   For appeals in an adversary proceeding.
   ❑ Plaintiff
   ❑ Defendant
   ❑ Other (describe) _____

   For appeals in a bankruptcy case and not in an adversary proceeding.
   ☑ Debtor
   ❑ Creditor
   ❑ Trustee
   ❑ Other (describe) _____

## Part 2: Identify the subject of this appeal

1. Describe the judgment, order, or decree appealed from: __Order denying motion to impose the stay__

2. State the date on which the judgment, order, or decree was entered: __12/15/2022__

## Part 3: Identify the other parties to the appeal

List the names of all parties to the judgment, order, or decree appealed from and the names, addresses, and telephone numbers of their attorneys (attach additional pages if necessary):

1. Party: __Chapter 13 Trustee__  Attorney: __Diana Daugherty__
   __Chapter 13 Trustee__
   __P.O. Box 430908__
   __St. Louis, MO 63143__

2. Party: _____  Attorney: _____

## Part 4: Optional election to have appeal heard by District Court (applicable only in certain districts)

If a Bankruptcy Appellate Panel is available in this judicial district, the Bankruptcy Appellate Panel will hear this appeal unless, pursuant to 28 U.S.C. § 158(c)(1), a party elects to have the appeal heard by the United States District Court. If an appellant filing this notice wishes to have the appeal heard by the United States District Court, check below. Do not check the box if the appellant wishes the Bankruptcy Appellate Panel to hear the appeal.

❏ Appellant(s) elect to have the appeal heard by the United States District Court rather than by the Bankruptcy Appellate Panel.

## Part 5: Sign below

/s/ Doug Heagler

Signature of attorney for appellant(s) (or appellant(s) if not represented by an attorney)

Date: 12 / 29 / 2022

Name, address, and telephone number of attorney (or appellant(s) if not represented by an attorney):
901 Boones Lick, Ste. 100
St. Charles, MO 63301

636 688 8084

Fee waiver notice: If appellant is a child support creditor or its representative and appellant has filed the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.

[**Note to inmate filers:** If you are an inmate filer in an institution and you seek the timing benefit of Fed. R. Bankr. P. 8002(c)(1), complete Director's Form 4170 (Declaration of Inmate Filing) and file that declaration along with the Notice of Appeal.]



Audit trail

| | |
|---|---|
| Title | Davies appeal |
| File name | appeal form as a pdf.pdf |
| Document ID | 5ebd9f29f2339b32efd8a6d3677c2da4cd30a11b |
| Audit trail date format | MM / DD / YYYY |
| Status | ● Signed |

## Document History

**SENT** — **12 / 30 / 2022** 04:54:45 UTC
Sent for signature to Douglas M. Heagler (dheag@yahoo.com) from dheag@yahoo.com
IP: 24.207.205.20

**VIEWED** — **12 / 30 / 2022** 04:56:22 UTC
Viewed by Douglas M. Heagler (dheag@yahoo.com)
IP: 24.207.205.20

**SIGNED** — **12 / 30 / 2022** 05:08:24 UTC
Signed by Douglas M. Heagler (dheag@yahoo.com)
IP: 24.207.205.20

**COMPLETED** — **12 / 30 / 2022** 05:08:24 UTC
The document has been completed.

Powered by Dropbox Sign