UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 13 |
| | ) | |
| Timothy Davies, | ) | Case No. 22-43197 |
| | ) | |
| Debtor | ) | |
| _____ | )_____ | |
| | ) | |
| | ) | |
| Timothy Davies, | ) | Appeal No. 22-6011 |
| | ) | |
| APPELLANT | ) | |
| | ) | APPELLEE'S DESIGNATION OF |
| v. | ) | ADDITIONAL ITEMS TO BE |
| | ) | INCLUDED IN THE RECORD ON |
| Diana S. Daugherty, | ) | APPEAL |
| Chapter 13 Trustee, | ) | |
| | ) | |
| APPELLEE | ) | |
| _____ | )_____ | |

**APPELLEE'S DESIGNATION OF ADDITIONAL ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL**

COMES NOW Appellee, Diana S. Daugherty, Chapter 13 Trustee, pursuant to Fed.R.Bankr.P. 8009(a)(2), and designates the following items filed in chapter 13 bankruptcy case 22-43197 to be included in the record on appeal:

| DOCKET # | DATE OF FILING | DESCRIPTION OF ITEM |
|---|---|---|
| 5 | 10/12/22 | Order and Notice of Documents Due |
| Virtual Event | 10/13/22 | Notice of Debtor's Prior Filings |
| 6 | 10/13/22 | Order and Notice of Chapter 13 Bankruptcy Case |

| DOCKET # | DATE OF FILING | DESCRIPTION OF ITEM |
|---|---|---|
| Virtual Event | 10/27/22 | Attorney Fee Election Form |
| 11 | 10/27/22 | Chapter 13 Plan |
| 14 | 11/9/22 | Notice of Continued Meeting of Creditors and Notice to Debtor(s) to Provide Payment Advice Documents |
| 16 | 11/16/22 | Objection to confirmation of plan by creditor Home Point Financial Corporation |
| 19 | 12/5/22 | Amended objection to confirmation of plan by creditor Home Point Financial Corporation |
| 20 | 12/7/22 | Objection to confirmation of plan by Trustee Diana S. Daugherty |

Respectfully Submitted,

/s/ Joseph M. Wilson
Diana S. Daugherty
Chapter 13 Trustee
Joseph M. Wilson
FED#51849MO; MO#51849
Attorney For Trustee
P.O. Box 430908
St. Louis, MO 63143
(314) 781-8100
(314) 781-8881 (fax)
E-Mail: trust33@ch13stl.com

CERTIFICATE OF SERVICE

The undersigned hereby certifies that the above Appellee's Designation of Additional Items to be Included in the Record on Appeal was filed electronically with the United States Bankruptcy Court on the _7th_ day of February, 2023, and has been served on the parties in interest via e-mail by the Court's CM/ECF System as listed on the Court's Electronic Mail Notice List.

The undersigned hereby certifies that the above Appellee's Designation of Additional Items to be Included in the Record on Appeal was filed electronically with the United States Bankruptcy Court and has been served by Regular United States Mail Service, first class, postage fully pre-paid, addressed to the parties listed below, on the _7th_ day of February, 2023:

Timothy Davies
523 Parkland Place Dr.
O'Fallon, MO 63366

/s/ Joseph M. Wilson